# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia ☑

| | |
|---|---|
| _CHIARRHA WILLIAMS_ ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:21-cv-01068 |
| UNITED RECOVERY AND REMARKETING LLC, et.a ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United Recovery and Remarketing, LLC

Date:  9/29/2021

*Attorney's signature*

Adam M. Carroll
*Printed name and bar number*

Wolcott Rivers Gates
200 Bendix Road, Suite 300
Virginia Beach, VA 23452

*Address*

acarroll@wolriv.com
*E-mail address*

(757) 497-6633
*Telephone number*

(757) 697-3655
*FAX number*