IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| CHIARRHA WILLIAMS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:21cv1068-LO-IDD |
| ) | |
| S&S TOWING AND RECOVERY, LLC ) | |
| et al ) | |
| ) | |
| Defendants ) | |

## **ORDER**

It appears from the record that Defendant S & S Towing and Recovery, LLC is in default.

It is therefore **ORDERED** that Plaintiff immediately obtain a default from the Clerk pursuant to Fed. R. Civ. P. 55(a) and it is further

**ORDERED** that promptly after obtaining entry of default the Plaintiff promptly file a Motion for Default Judgment and a memorandum setting forth the factual and legal support for findings that (a) this court has subject matter and personal jurisdiction, including how the Defendant was served and why that service was proper; (b) the complaint alleges facts establishing all the necessary elements of one or more claims on which relief can be granted; and (c) Plaintiff can receive the damages and any other relief sought, with specific references to affidavits, declaration, or other evidence supporting such relief, and it is further

**ORDERED** that Plaintiff file a Notice setting the hearing of the motion for default judgment for 10:00 a.m. on Friday, February 25, 2022, before the magistrate judge to whom this action is referred, and mail copies of the notice, motion, and memorandum to the Defendant at the

Defendant's last known address, certifying the same to the court.

The Clerk is directed to forward a copy of this Order to counsel of record and to Defendants at the addresses listed in the case file.

_____
Liam O'Grady
United States District Judge

Alexandria, Virginia
January 21, 2022